JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES H. DONELL, RECEIVER FOR NEWPOINT FINANCIAL SERVICES INC., | ) ) ) | Case No. CV 12-00520 DDP (JEMx) |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MANOUCHEHR FATIRIA, ELIZA FATIRIAN, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 21, 2012

DEAN D. PREGERSON
United States District Judge