JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, RECEIVER FOR NEWPOINT FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> MANOUCHEHR FATIRIA, ELIZA FATIRIAN, <br><br> Defendants. | Case No. CV 12-00520 DDP (JEMx) <br><br> **ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 21, 2012

DEAN D. PREGERSON
United States District Judge